518

July 6, 1984.

479 A.2d 1092

Bouikidis, Appellant, v. State Farm Ins. Co.

Argued November 22, 1983. Allen L. Feingold, for appellant; Matthew Hanna, for appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

The instant appeal is dismissed as interlocutory.

479 A.2d 1092

Byrne v. Union Railroad Co., et al., Appellant.

Argued April 10, 1984. Gerald C. Paris, for appellant; James F. Israel, for Gilmore, appellee; Louis C. Long, for Mercy Hospital, appellee.

Before ROWLEY, TAMILIA and POPOVICH, JJ.

Judgment affirmed.